TaylorWalker P.C.
Time And Expense Details
Thursday, October Page 1

| Client | Client Report'l Matter | | | | | | |
|---|---|---|---|---|---|---|---|
| N00954 | Boathouse Cr | 10000 Boathous Franklin, John III | Matter Re Billing Timekeeper | | | | |

| Date | Timekeeper | Hours Wor | Hours To | Rate | Amount | Task |
|---|---|---|---|---|---|---|
| 10/20/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Correspondence to and from Ms. Moberg re: claim |
| 10/20/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Receive and review complaint and other documents forwarded by client |
| 10/20/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Telephone conference with Mrs. Moberg (x2) re: claim and defense |
| 10/21/2010 | JF | 1.3 | 1.3 | 185 | $240.50 | Review file materials and research in access, presumptions, copyright protection for standard design, 505 damages |
| 10/25/2010 | JF | 0.4 | 0.4 | 185 | $74.00 | Conference with BNC re: defense of complaint |
| 10/26/2010 | BNC | 1.5 | 1.5 | 185 | $277.50 | Prepare for meeting with Ms Moberg; review file materials |
| 10/26/2010 | BNC | 2 | 2 | 185 | $0.00 | Conference with Ms. Moberg and Mr. Franklin |
| 10/26/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Telephone conference with John Tarley re defense of action |
| 10/26/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Correspondence to and from Ms. Moberg re insurance and other issues |
| 10/26/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Telephone conference with Ms. Moberg re service |
| 10/26/2010 | JF | 1 | 1 | 185 | $185.00 | Preparation of affidavit and motion for more definite statement |
| 10/26/2010 | JF | 2 | 2 | 185 | $370.00 | Conference with Ms. Moberg re defense of action |
| 10/26/2010 | JF | 0.5 | 0.5 | 185 | $92.50 | Review complaint and information forwarded by client in preparation for conference |
| 10/27/2010 | JF | 0.4 | 0.4 | 185 | $74.00 | Conference with Brian Casey re motions to dismiss, etc. |
| 10/28/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Correspondence to and from Ms. Moberg re motivation of plaintiff, affidavit, conversation with John Tarley |
| 11/1/2010 | RS | 0.4 | 0.4 | 75 | $30.00 | Set up case file |
| 11/1/2010 | RS | 0.2 | 0.2 | 75 | $15.00 | Review file materials received from client to identify pertinent information/documents; |
| 11/1/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Preparation of affidavit and motion for more definite statement (complete) |
| 11/1/2010 | JF | 1 | 1 | 185 | $185.00 | Research re issues pertaining to 12(b)(6) and summary judgment motion |
| 11/1/2010 | BNC | 5.1 | 5.1 | 185 | $943.50 | Research applicable caselaw and authorities for motion to dismiss and brief in support pursuant to Fed R. Civ. Proc. 12(b)6 |
| 11/2/2010 | BNC | 2 | 2 | 185 | $370.00 | analyze Ross and Rubin plans for substantial differences for support of summary judgment motion and inclusion in affidavit of Lisa Moberg |
| 11/2/2010 | BNC | 2.4 | 2.4 | 185 | $444.00 | prepare draft of motion to dismiss and brief in support of motion |
| 11/2/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Correspondence re: revised affidavit |
| 11/2/2010 | JF | 0.5 | 0.5 | 185 | $92.50 | Research re: Georgians Style/History,Features |
| 11/2/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Receive and review partial list of differences etc from Ms. Mobery |
| 11/2/2010 | JF | 0.5 | 0.5 | 185 | $92.50 | Receive and review coverage denial, etc. |
| 11/2/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Preparation of affidavit (complete). |
| 11/2/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Conference with BNC re same |
| 11/2/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Correspondence to client re: conf of 11-5-10 |
| 11/2/2010 | JF | 0.4 | 0.4 | 185 | $74.00 | Review drawings re: differences as identified by client |
| 11/3/2010 | BNC | 3.5 | 3.5 | 185 | $647.50 | Draft brief in support of motion to dismiss (const ) |
| 11/3/2010 | JF | 0.5 | 0.5 | 185 | $92.50 | Receive and review materials from Lisa Moberg regarding designs |
| 11/3/2010 | BNC | 0.3 | 0.3 | 185 | $55.50 | Conference with BNC re: defense of claims |
| 11/3/2010 | JF | 0.5 | 0.5 | 185 | $92.50 | Review file re' response to complaint |
| 11/3/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Correspondence to and from Ms. Mobery re: conf. |
| 11/4/2010 | JF | 1.5 | 1.5 | 185 | $277.50 | Prepare for conf. with Ms. Mobery including review of information forwarded by client, complaint, research etc. |

EXHIBIT

| Date | Initials | Hours | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 11/4/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Preparation of revised affidavit |
| 11/4/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Correspondence to Ms. Moberg re: same |
| 11/4/2010 | BNC | 2.1 | 2.1 | 185 | $388.50 | Draft brief in support of motion to dismiss (cont). |
| 11/5/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Conference with BNC re: same |
| 11/5/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Telephone conference with counsel for Olson re: defense of claim, motion to dismiss and notice for S.J |
| 11/5/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Correspondence to and from Ms. Moberg re: Rubin section, copy right etc. |
| 11/5/2010 | JF | 2 | 2 | 185 | $370.00 | Conference with Ms. Moberg re: defense of claim and response to complaint |
| 11/5/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Receive and review documents from Ms. Moberg and review Ross drawing |
| 11/5/2010 | BNC | 0.5 | 0.5 | 185 | $92.50 | Prepare for meeting with Ms Moberg |
| 11/5/2010 | BNC | 1.5 | 1.5 | 185 | $277.50 | Conference with Ms Moberg and Mr Franklin discussing facts and strategy and planning summary judgment motion and affidavit execution |
| 11/5/2010 | BNC | 2.2 | 2.2 | 185 | $407.00 | Edit and revise brief in support of motion to dismiss |
| 11/5/2010 | BNC | 2.9 | 2.9 | 185 | $536.50 | Draft, edit and revise brief in support of motion to dismiss and file with court |
| 11/8/2010 | BNC | 0.4 | 0.4 | 185 | $74.00 | Receive and review Rubins motion to dismiss and brief in support and exhibits from counsel for the Rubins |
| 11/8/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Correspondence to and from Mrs. Moberg re affidavit |
| 11/8/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Review motion to dismiss etc |
| 11/8/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Conference with BNC re: motion to dismiss and motion for SJ |
| 11/9/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Telephone conference with counsel for Rubins re defense of action, etc. |
| 11/9/2010 | JF | 0.5 | 0.5 | 185 | $92.50 | Receive and review motion to dismiss and brief filed by Rubins |
| 11/9/2010 | JF | 0.6 | 0.6 | 185 | $111.00 | Receive and review motion to dismiss and brief in support from Rubins' counsel |
| 11/11/2010 | JF | 4.2 | 4.2 | 185 | $777.00 | Research and work on brief in support of summary judgment motion |
| 11/12/2010 | BNC | 4.7 | 4.7 | 185 | $869.50 | draft motion for summary judgment, brief in support and prepare exhibits |
| 11/12/2010 | BNC | 0.2 | 0.2 | 185 | $37.00 | Correspondence from and to Mr Geiger discussing Olsen motion for extension of time to file response to complaint |
| 11/12/2010 | BNC | 0.1 | 0.1 | 185 | $18.50 | Correspondence to and from Mrs. Moberg re affidavit |
| 11/15/2010 | BNC | 5.4 | 5.4 | 185 | $999.00 | Prepare motion for summary judgment and brief in support of motion |
| 11/15/2010 | BNC | 0.2 | 0.2 | 185 | $37.00 | Conference with Brian Casey (x2) |
| 11/15/2010 | JF | 0.5 | 0.5 | 185 | $92.50 | Review brief on summary judgment |
| 11/15/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Correspondence to and from counsel for Olsen re agreed order |
| 11/16/2010 | BNC | 4.9 | 4.9 | 185 | $906.50 | Prepare brief in support of summary judgment and exhibits thereto |
| 11/16/2010 | BNC | 0.4 | 0.4 | 185 | $74.00 | File motion for summary judgment and brief in support |
| 11/17/2010 | BNC | 0.1 | 0.1 | 185 | $18.50 | Correspondence from Megan Burns, counsel for Ross discussing Ross' filing amended complaint, staying summary judgment, brief schedule and hearing for motions to dismiss, depositions, etc. |
| 11/17/2010 | BNC | 0.4 | 0.4 | 185 | $74.00 | Receive and review brief in support of motion to dismiss filed by Olsen |
| 11/17/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Telephone conference with counsel for Olsen re summary judgment and proposed schedule (x2) |
| 11/17/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Receive and review proposed schedule from counsel for plaintiff |
| 11/17/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Conference with Brian Casey re proposal of plaintiff and response |
| 11/17/2010 | JF | 0.4 | 0.4 | 185 | $74.00 | Receive and review memorandum in support of motion to dismiss by Olsen |
| 11/18/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Telephone conference with counsel for plaintiff filing amended complaint and response by defendants (x2) |
| 11/18/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Conference with Brian Casey re same |
| 11/18/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Correspondence to and from counsel re proposed schedule |
| 11/18/2010 | BNC | 0.3 | 0.3 | 185 | $55.50 | Telephone conference with Linda Quigley, counsel for Rubins, discussing pleadings and schedule for responses and plaintiff's proposal to file amended complaint |
| 11/18/2010 | BNC | 0.2 | 0.2 | 185 | $37.00 | Receive and review corres and proposed order from Mr Burns |
| 11/19/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Receive and review proposed order |

| Date | Initials | Hours | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 11/19/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Conference with Brian Casey |
| 11/19/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Correspondence to plaintiff's counsel |
| 11/19/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Correspondence to Ms. Moberg re order |
| 11/22/2010 | BNC | 0.1 | 0.1 | 185 | $18.50 | Receive and review order from Judge Miller granting plaintiff leave to file amended complaint, staying pending motions pending filing of amended complaint and setting dates to respond to amended complaint |
| 11/24/2010 | BNC | 1.3 | 1.3 | 185 | $240.50 | Receive and review amended complaint of Ross with exhibits, assess same and prepare analysis to prepare response with 12b6 motion to dismiss |
| 11/24/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Receipt and review of complaint |
| 11/24/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Correspondence to Ms. Moberg. |
| 11/25/2010 | JF | 0.5 | 0.5 | 185 | $92.50 | Receive and review response of Ms. Moberg |
| 11/29/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Telephone conference with Brian Casey re same |
| 11/29/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Conference with Brian Casey re response of Ms. Moberg |
| 11/29/2010 | JF | 0.4 | 0.4 | 185 | $74.00 | Telephone conference with Ms. Moberg re response |
| 11/29/2010 | JF | 0.7 | 0.7 | 185 | $129.50 | Receipt and review of drawings of similar residences |
| 11/29/2010 | BNC | 0.5 | 0.5 | 185 | $92.50 | Review plans for other similar homes |
| 11/30/2010 | BNC | 0.1 | 0.1 | 185 | $18.50 | Review purchasers handbook |
| 11/30/2010 | RS | 0.5 | 0.5 | 75 | $7.50 | Telephone call to attorney Jeffrey Geiger re defense counsel call re defense strategy |
| 12/1/2010 | JF | 0.5 | 0.5 | 185 | $92.50 | Receive and review Ford's Colony Handbook and exhibits, photos, etc. |
| 12/1/2010 | JF | 0.5 | 0.5 | 185 | $92.50 | Telephone conference with all defense counsel re response to amended complaint |
| 12/1/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Correspondence to and from Ms. Moberg |
| 12/1/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Receive and review photos (continued) |
| 12/1/2010 | BNC | 0.5 | 0.5 | 185 | $92.50 | Telephone conference with all defense counsel for all defendants discussing joint strategy for responding to amended complaint and facts |
| 12/1/2010 | BNC | 0.8 | 0.8 | 185 | $148.00 | Review photos of similar Ford's colony homes for use in summary judgment motion |
| 12/7/2010 | BNC | 0.1 | 0.1 | 185 | $18.50 | Correspondence to and from Ms. Moberg re filing |
| 12/7/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Conference with Brian Casey re same |
| 12/7/2010 | BNC | 0.2 | 0.2 | 185 | $37.00 | Telephone conference with Linda Quigley, counsel for the Rubins, discussing an affidavit executed by the Rubins in support of BC summary judgment motion |
| 12/9/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Telephone conference with Ms. Moberg re responsive pleadings |
| 12/9/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Conference with Brian Casey re responsive pleadings |
| 12/9/2010 | JF | 0.4 | 0.4 | 185 | $74.00 | Review motion to dismiss |
| 12/9/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Receive and review Olsen affidavit |
| 12/10/2010 | JF | 0.5 | 0.5 | 185 | $92.50 | Correspondence with Ms Moberg re motion to dismiss filed by defendants |
| 12/10/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Conference with Brian Casey re same |
| 12/16/2010 | BNC | 0.2 | 0.2 | 185 | $37.00 | Receive and review corres and proposed affidavit of Olsen from MR Geiger, counsel for Olsen |
| 12/16/2010 | BNC | 0.5 | 0.5 | 185 | $92.50 | Receive and review memorandum in opposition to motion to dismiss filed by Charles Ross Builders |
| 12/17/2010 | BNC | 0.3 | 0.3 | 185 | $55.50 | Receive and review corres and floorplan overlay from Ms Moberg related to Ross' brief in opposition to motin to dismiss |
| 12/17/2010 | JF | 0.6 | 0.6 | 185 | $111.00 | Receive and review opposition to motions to dismiss |
| 12/17/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Correspondence to and from Ms. Moberg re response |
| 12/20/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Conference with Brian Casey re brief in opposition and response |
| 12/21/2010 | BNC | 0.5 | 0.5 | 185 | $92.50 | Correspondence with Ms Moberg re brief filed by Rubins |
| 12/21/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Receive and review reply to Ross memorandum from Rubins' counsel |
| 12/21/2010 | JF | 0.5 | 0.5 | 185 | $92.50 | Correspondence with Ms Moberg re brief filed by Rubins |
| 12/22/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Conference with Brian Casey re same and re response |
| 12/22/2010 | JF | 0.1 | 0.1 | 185 | $18.50 | Correspondence to and from Ms. Moberg |
| 12/22/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Telephone conference with Ms. Moberg re defense of claim |

| Date | Atty | Hours | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 12/22/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Conference with Brian Casey re motion to dismiss and motion for summary judgment |
| 12/22/2010 | BNC | 7.2 | 7.2 | 185 | $1,332.00 | research, draft and prepare rebuttal brief to respond to Ross' memorandum in opposition to motion to dismiss |
| 12/23/2010 | BNC | 3.2 | 3.2 | 185 | $592.00 | draft rebuttal brief (cont.) and file with court |
| 12/23/2010 | BNC | 0.1 | 0.1 | 185 | $18.50 | Correspondence from and to Ms Quigley, counsel for the Rubins, discussing requests for hearing on defendants' motions to dismiss |
| 12/29/2010 | BNC | 0.1 | 0.1 | 185 | $18.50 | Receive and review request for hearing filed by Linda Quigley, counsel for the Rubins |
| 12/30/2010 | BNC | 0.5 | 0.5 | 185 | $92.50 | Prepare and file request for hearing |
| 12/30/2010 | JF | 1.2 | 1.2 | 185 | $222.00 | Conference with Ms Moberg discussing facts, strategy and motion to dismiss and strategy for motion for summary judgment and discovery |
| 12/30/2010 | JF | 0.3 | 0.3 | 185 | $55.50 | Review file re conference with Ms. Moberg |
| 12/30/2010 | JF | 0.2 | 0.2 | 185 | $37.00 | Conference with Brian Casey re conference |
| 12/30/2010 | JF | 1.5 | 1.5 | 185 | $277.50 | Conference with Ms. Moberg re defense of claim |
| 12/30/2010 | RS | 0.1 | 0.1 | 75 | $7.50 | Telephone call to Judge doumar's chambers regarding requests for hearing on summary judgment motions |
| 1/14/2011 | JF | 0.1 | 0.1 | 185 | $18.50 | Correspondence to court re hearing |
| 1/14/2011 | JF | 0.1 | 0.1 | 185 | $18.50 | Telephone call to Ms. Moberg re hearing |
| 2/4/2011 | BNC | 1.9 | 1.9 | 185 | $351.50 | Prepare for hearing on motions to dismiss |
| 2/7/2011 | BNC | 2.5 | 2.5 | 185 | $462.50 | Prepare for hearing |
| 2/7/2011 | BNC | 3.1 | 3.1 | 185 | $573.50 | Appear for hearing |
| 2/7/2011 | JF | 1 | 1 | 185 | $185.00 | Review all briefs in preparation for hearing on motion to dismiss |
| 2/7/2011 | JF | 0.4 | 0.4 | 185 | $74.00 | Conference with Brian Casey re argument |
| 2/7/2011 | JF | 0.3 | 0.3 | 185 | $55.50 | Conference with Ms. Moberg |
| 2/7/2011 | JF | 3 | 3 | 185 | $555.00 | Appear in Federal District Court for argument on motion to dismiss |
| 2/8/2011 | JF | 0.5 | 0.5 | 185 | $92.50 | Telephone conference with all counsel re hearing and response |
| 2/8/2011 | JF | 0.3 | 0.3 | 185 | $55.50 | Conference with Brian re hearing |
| 2/8/2011 | BNC | 0.6 | 0.6 | 185 | $111.00 | Work on motion for summary judgment |
| 2/9/2011 | BNC | 2.3 | 2.3 | 185 | $425.50 | Work on affidavit of Lisa Moberg and motion for summary judgment, listing of undisputed facts, brief, etc. |
| 2/9/2011 | JF | 1 | 1 | 185 | $185.00 | Preparation of response to plaintiff and summary judgment motion |
| 2/10/2011 | BNC | 1.1 | 1.1 | 185 | $203.50 | Work on filings pursuant to Judge Doumar's order |
| 2/10/2011 | JF | 0.3 | 0.3 | 185 | $55.50 | Conference with Brian Casey re motion for summary judgment, affidavit |
| 2/11/2011 | JF | 0.1 | 0.1 | 185 | $18.50 | Correspondence to and from Ms. Moberg re affidavit, exhibits |
| 2/11/2011 | JF | 0.2 | 0.2 | 185 | $37.00 | Preparation of affidavit (final) |
| 2/11/2011 | JF | 0.2 | 0.2 | 185 | $37.00 | Telephone conference with Ms. Moberg re affidavit, motion for summary judgment |
| 2/14/2011 | JF | 4 | 4 | 185 | $740.00 | Prepare and file motion for summary judgment, brief in support, exhibits and affidavit |
| 2/14/2011 | BNC | 0.9 | 0.9 | 185 | $166.50 | Review submissions by other parties |
| 2/14/2011 | JF | 1.5 | 1.5 | 185 | $277.50 | Preparation of affidavit and motion for summary judgment |
| 2/14/2011 | JF | 0.2 | 0.2 | 185 | $37.00 | Conference with Ms. Moberg re affidavit |
| 2/14/2011 | JF | 1 | 1 | 185 | $185.00 | Receive and review submission of Olsen, Rubins and Ross |
| 2/14/2011 | JF | 0.2 | 0.2 | 185 | $37.00 | Conference with Ms. Moberg re submission and response |
| 2/15/2011 | JF | 1 | 1 | 185 | $185.00 | Receive and review additional drawings/descriptions from Ms. Moberg |
| 2/15/2011 | JF | 0.2 | 0.2 | 185 | $37.00 | Telephone conference with Ms. Moberg re response to Sobzcac |
| 2/16/2011 | JF | 1.5 | 1.5 | 185 | $277.50 | Receive and review response of Ms. Moberg (continued) |
| 2/16/2011 | JF | 0.5 | 0.5 | 185 | $92.50 | Preparation of Affidavit |
| 2/16/2011 | JF | 0.2 | 0.2 | 185 | $37.00 | Telephone conference with Ms. Moberg re response (x3) |
| 2/16/2011 | BNC | 1.4 | 1.4 | 185 | $259.00 | Conference with Brian Casey re Sobzcac Review affidavit of Keith Sobczak and rebuttal to same prepared by Lisa Moberg with plans and elevations showing expression by others of concepts claimed by Sobzcak to be original and work on strategy for response |

| Date | Atty | Hours | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 2/17/2011 | BNC | 0.6 | 0.6 | 185 | $111.00 | Review material from Ms Moberg responding to plaintiff's submissions and declarations |
| 2/17/2011 | BNC | 2.2 | 2.2 | 185 | $407.00 | draft and revise affidavit for Lisa Moberg for response to affidavidts and arguments of Charles Ross Builders on summary judgment |
| 2/17/2011 | JF | 2.3 | 2.3 | 185 | $425.50 | Preparation of Affidavit including review of diary (continued) |
| 2/17/2011 | JF | 0.2 | 0.2 | 185 | $37.00 | Conference with Brian Casey re affidavit |
| 2/18/2011 | JF | 2 | 2 | 185 | $370.00 | Preparation of affidavit including review of additional drawings, etc. (final) |
| 2/18/2011 | RS | 1.3 | 1.3 | 75 | $97.50 | Receive and review various plans from client and prepaer same as part of documentation to court |
| 2/18/2011 | RS | 0.5 | 0.5 | 75 | $37.50 | Review brief and cross-referenced with certain exhibits |
| 2/22/2011 | BNC | 3.1 | 3.1 | 185 | $573.50 | Receive and review additional design examples for use in affidavit and response to Ross Builders from Ms Moberg and incorporate into affidavit and response |
| 2/22/2011 | BNC | 1.1 | 1.1 | 185 | $203.50 | prepare and file summary judgment brief, affidavit and exhibits |
| 2/22/2011 | JF | 0.3 | 0.3 | 185 | $55.50 | Receive and review brief of Rubins |
| 2/22/2011 | JF | 0.2 | 0.2 | 185 | $37.00 | Conference with Brian Casey re response to plaintiff |
| 2/22/2011 | RS | 0.5 | 0.5 | 75 | $37.50 | Prepare dinal copy of client's exhibits for summary judgment motion |
| 2/22/2011 | BNC | 3.9 | 3.9 | 185 | $721.50 | Prepare and review Ms. Moberg's response to plaintiff's motion |
| 2/22/2011 | JF | 1.7 | 1.7 | 185 | $314.50 | Prepare rebuttal brief to Ross response to motion for summary judgment motion |
| 2/28/2011 | BNC | 0.3 | 0.3 | 185 | $55.50 | Preparation of affidavit (final) |
| 2/28/2011 | JF | 0.7 | 0.7 | 185 | $129.50 | Conference with Ms. Moberg re motion before Judge Doumar and execution of affidavit and pleadings filed by plaintiff |
| 2/28/2011 | JF | 0.7 | 0.7 | 185 | $129.50 | Receipt and review of responses of plaintiff and co-defendants |
| 2/22/2011 | JF | 0.2 | 0.2 | 185 | $37.00 | Conference with Brian Casey re response to plaintiff |
| 2/22/2011 | JF | 0.1 | 0.1 | 185 | $18.50 | Receive and review Ms. Moberg's response to plaintiff's motion |
| 2/28/2011 | BNC | 0.2 | 0.2 | 185 | $37.00 | Correspondence to and from court re hearing (multiple) |
| 5/27/2011 | BNC | 1.1 | 1.1 | 185 | $203.50 | Correspondence to and from Ms. Moberg re Fuller drawings including review of drawings |
| 6/8/2011 | JF | 0.2 | 0.2 | 185 | $37.00 | update research on recent relevant case law |
| 6/8/2011 | JF | 0.2 | 0.2 | 185 | $37.00 | Review rebuttal brief re filing |
| 6/9/2011 | JF | 0.2 | 0.2 | 185 | $37.00 | Correspondence to and from court re hearing |
| 6/9/2011 | BNC | 0.3 | 0.3 | 185 | $55.50 | Telephone conference with JOhn Lynch, counsel for plaintiff, discussing hearing on summary judgment motions requested by Judge Doumar |
| 6/27/2011 | JF | 2 | 2 | 185 | $370.00 | Prepare for hearing on motion for summary judgment including review of briefs, affidavits, etc. |
| 6/27/2011 | JF | 0.3 | 0.3 | 185 | $55.50 | Conference with Brian Casey and Ms. Savin re hearing |
| 6/27/2011 | JF | 0.3 | 0.3 | 185 | $55.50 | Conference with Brian Casey re use of drawings, presentation |
| 6/27/2011 | JF | 0.1 | 0.1 | 185 | $18.50 | Prepare for hearing |
| 6/27/2011 | BNC | 2.5 | 2.5 | 185 | $462.50 | Prepare for hearing |
| 6/27/2011 | BNC | 0.2 | 0.2 | 185 | $37.00 | Correspondence form and to clekr of court discussing hearing |
| 6/28/2011 | JF | 2 | 2 | 185 | $370.00 | Prepare for hearing |
| 6/28/2011 | JF | 3.3 | 3.3 | 185 | $610.50 | Appear in federal court re hearing |
| 6/28/2011 | BNC | 5 | 5 | 185 | $925.00 | Prepare for and appearance at hearing |
| 7/15/2011 | BNC | 0.1 | 0.1 | 185 | $18.50 | Receive and review order from court on settlement conference |
| 7/8/2011 | BNC | 0.3 | 0.3 | 185 | $55.50 | Telephone conference with Linda Quigley discussing settlement conference orderd by Judge Dumar |
| 7/11/2011 | RS | 0.1 | 0.1 | 75 | $7.50 | Review calendars and prepare information regarding settlement conference |
| 7/14/2011 | BNC | 0.2 | 0.2 | 185 | $37.00 | Telephone conference with Ms Moberg discussing settlement conference |
| 7/14/2011 | BNC | 0.2 | 0.2 | 185 | $37.00 | Correspondence with counsel discussing settlement conference |
| 7/18/2011 | BNC | 0.1 | 0.1 | 185 | $18.50 | Receive and review notice from court re settlement conference |
| 7/18/2011 | BNC | 0.1 | 0.1 | 185 | $18.50 | Correspondence to and form Ms Sawin discussing settlement conference |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/19/2011 | BNC | 0.6 | 185 | $111.00 | draft memo to Judge Prince for settlement conferenc |
| 7/19/2011 | BNC | 0.1 | 185 | $18.50 | Receive and review order on settlement conference from ct. |
| 7/20/2011 | BNC | 0.3 | 185 | $55.50 | edit memo to Judge Prince re settlement conference and corres wit Ms Sawin discussing memo |
| 7/20/2011 | JF | 0.2 | 185 | $37.00 | Conference with Brian Casey re mediation order |
| 7/20/2011 | RS | 0.1 | 75 | $7.50 | Prepare information regarding settlement conference and briefs due for same |
| 8/2/2011 | JF | 0.1 | 185 | $18.50 | Correspondence to plaintiff's counsel re response to demand |
| 8/2/2011 | JF | 0.2 | 185 | $37.00 | Telephone conference with counsel for co-defendant re demand |
| 8/2/2011 | JF | 0.2 | 185 | $37.00 | Conference with Brian Casey re response |
| 8/5/2011 | JF | 0.1 | 185 | $18.50 | Receive and review order for hearing on discovery |
| 8/5/2011 | JF | 0.2 | 185 | $37.00 | Telephone conference with counsel for Olsen re same |
| 8/5/2011 | JF | 0.1 | 185 | $18.50 | Conference with Brian Casey re same |
| 8/8/2011 | JF | 0.1 | 185 | $18.50 | Correspondence to Ms. Sawin |
| 8/8/2011 | JF | 0.2 | 185 | $37.00 | Telephone conference with Ms. Sawin re hearing |
| 8/8/2011 | JF | 0.2 | 185 | $37.00 | Conference with Brian Casey re hearing |
| 8/8/2011 | JF | 0.3 | 185 | $55.50 | Prepare for hearing on discovery motion including review of briefs, etc. (initial) |
| 8/8/2011 | JF | 0.3 | 185 | $55.50 | Receive and review corres from Ms Quigley discussing response to plaintiff's settlement demand |
| 8/9/2011 | JF | 0.1 | 185 | $18.50 | Prepare for hearing |
| 8/9/2011 | JF | 2 | 185 | $370.00 | Appear in Federal Court for hearing on discovery motion |
| 8/9/2011 | JF | 2.2 | 185 | $407.00 | Correspondence to and from counsel re depositions |
| 8/9/2011 | JF | 0.2 | 185 | $37.00 | Telephone conference with counsel for Olsen re depositions |
| 8/9/2011 | JF | 0.2 | 185 | $37.00 | Correspondence to Ms. Sawin |
| 8/10/2011 | JF | 0.2 | 185 | $37.00 | Correspondence to and from Lisa Sawin re deposition |
| 8/10/2011 | JF | 0.1 | 185 | $18.50 | Correspondence to and from counsel re deposition |
| 8/10/2011 | JF | 0.3 | 185 | $55.50 | Telephone conference with counsel for Dr. Rubin re deposition |
| 8/18/2011 | BNC | 0.3 | 185 | $55.50 | Telephone conference with John Lynch discussing facts, upcoming deps, possible resolution, various email corres with all counsel discussing scheduling of settlement conference with Judge Prince |
| 8/29/2011 | BNC | 0.4 | 185 | $74.00 | Telephone conference with Lisa Sawin discussing conversation with J Lynch |
| 8/29/2011 | BNC | 0.2 | 185 | $37.00 | Telephone conference with BNC re: depo |
| 8/29/2011 | JF | 0.2 | 185 | $37.00 | Correspondence with BNC re: depo |
| 8/29/2011 | JF | 0.2 | 185 | $37.00 | Telephone conference with Mr Blavin x2 re: depo prep etc |
| 8/30/2011 | JF | 1.3 | 185 | $240.50 | Review summary judgement motions and all exhibits |
| 8/31/2011 | JF | 0.5 | 185 | $92.50 | Review file in prep for conf w/ and depo of Ms. Saven |
| 8/31/2011 | JF | 2.8 | 185 | $518.00 | Conference with Ms. Savin re: depo |
| 8/31/2011 | JF | 0.1 | 185 | $18.50 | Correspondence to and from counsel for plaintiff re depo |
| 9/1/2011 | JF | 2 | 185 | $370.00 | Conference with Ms Sawin in prep for her deposition |
| 9/1/2011 | JF | 0.5 | 185 | $92.50 | Prepare for deposition of Mr. Savin and Dr. Rubin (final) |
| 9/1/2011 | JF | 0.5 | 185 | $92.50 | Conference with Ms. Savin |
| 9/1/2011 | JF | 3.9 | 185 | $721.50 | Appear for depositions of Dr. Rubin and Ms. Savin |
| 9/1/2011 | BNC | 2 | 185 | $370.00 | Appear for deposition |
| 9/23/2011 | JF | 0.2 | 185 | $37.00 | Telephone conference with Ms. Sawin re mediation |
| 9/23/2011 | JF | 0.2 | 185 | $37.00 | Correspondence to and from Ms. Sawin re mediation |
| 9/26/2011 | JF | 0.2 | 185 | $37.00 | Correspondence to Judge Prince re settlement conference |
| 9/26/2011 | JF | 0.3 | 185 | $55.50 | Receive and review motion for more discovery and memo in support from Mr Lynch |
| 9/26/2011 | JF | 0.3 | 185 | $55.50 | Receive and review motin for additional discovery and brief in support from Mr Lynch |
| 9/26/2011 | JF | 0.2 | 185 | $37.00 | email and voicemail corres with Mr L Ynch discussing settlement conference |
| 9/27/2011 | JF | 0.2 | 185 | $37.00 | email corres among counsel discussing settlement conference |
| 9/27/2011 | BNC | 0.3 | 185 | $55.50 | Telephone conference with Jeff Geiger discussing settlement conference, plaintiff's motion for additional discovery and strategy |

| Date | Initials | Hours | Hours | Rate | Description |
|---|---|---|---|---|---|
| 9/27/2011 | BNC | 0.6 | 0.6 | 185 | $111.00 Review emails on project and review file in prep for settlement conference |
| 9/27/2011 | BNC | 0.2 | 0.2 | 185 | $37.00 Telephone conference with Ms Sawin discussing settlement conference |
| 9/27/2011 | BNC | 0.1 | 0.1 | 185 | $18.50 Telephone call to and message from court re settlemetn conferecne cancellaton |
| 9/27/2011 | BNC | 0.2 | 0.2 | 185 | $37.00 telephone conference with Christy Dodge re cancellatinof settlmeth conference |
| 9/27/2011 | JF | 0.1 | 0.1 | 185 | $18.50 Telephone call to Ms. Sawin re cancellation of mediation |
| 9/30/2011 | BNC | 0.4 | 0.4 | 185 | $74.00 Receive and review opinion and order on summary judgment and emails from and to other counsel re same |
| 10/2/2011 | JF | 0.2 | 0.2 | 185 | $37.00 Telephone conference with Mr. Casey re: opinion |
| 10/2/2011 | JF | 0.7 | 0.7 | 185 | $129.50 Receive and review opinion (Initial) |
| 10/3/2011 | BNC | 0.7 | 0.7 | 185 | $129.50 Review opinoin and order on summary judmgnent and work on strategy for sect 505 fees and costs motion and send corres to client discussing same |
| 10/3/2011 | JF | 1.9 | 1.9 | 185 | $351.50 Review sect 505 authorities and research |
| 10/3/2011 | BNC | 0.2 | 0.2 | 185 | $37.00 Telephone conference with Linda Quigley discussing motion for atty fees |
| 10/12/2011 | BNC | 0.3 | 0.3 | 185 | $55.50 Telephone conference with LIsa Sawin discussing mot for atty fees and contents of call recieved by her husband from Charles Ross |
| 10/12/2011 | BNC | 0.2 | 0.2 | 185 | $37.00 Telephone conference with Mr Geiger discusign motin for atty fees |
| 10/12/2011 | BNC | 0.1 | 0.1 | 185 | $18.50 Correspondence from Ms Sawin discussing phone call from Charles Ross and motion for atty fees |
| 10/12/2011 | BNC | 1 | 1 | 185 | $185.00 Work on motion for atty fees and costs and brief in support |
| 10/13/2011 | BNC | 4.9 | 4.9 | 185 | $906.50 research, draft and file, motion for attorney fees and costs and brief in support and affidavit exhibit in support |
| 10/13/2011 | JF | 0.5 | 0.5 | 185 | $92.50 Preparation of motion for 505 award, affidavit for attorneys' fees |
| 10/13/2011 | JF | 0.4 | 0.4 | 185 | $74.00 Receive and review memo in support of attorneys' fees |
| 10/14/2011 | BNC | 0.2 | 0.2 | 185 | $37.00 emial corres with Ms Sawin discussing filings for atty fees and costs |
| 10/14/2011 | BNC | 0.5 | 0.5 | 185 | $92.50 Receive and review motions and briefs and affidavits for award of atty fees and costs from all codefendants |
| 10/14/2011 | BNC | 0.1 | 0.1 | 185 | $18.50 Correspondence to Ms Sawin discussing motions of all defendants for atty fees and costs |
| 10/19/2011 | BNC | 0.1 | 0.1 | 185 | $18.50 Correspondence from plaintiff's counsel discussing motions for fees and costs filed by defendants |
| 10/19/2011 | BNC | 0.5 | 0.5 | 185 | $92.50 email correspondence to and telephone conference with Lisa Sawin discussing plaintiff's inquiry regarding motion for fees and costs and send email to plaintiff's counsel responding to inquiry |
| 10/19/2011 | JF | 0.2 | 0.2 | 185 | $37.00 Conference with Brian Casey re settlement |
| 10/19/2011 | JF | 0.1 | 0.1 | 185 | $18.50 Telephone conference with Ms. Sawin re settlement |
| 10/21/2011 | BNC | 0.1 | 0.1 | 185 | $18.50 Correspondence form Mr Geiger discussing response to plaintiff request for withdrawl of motion |
| 10/24/2011 | BNC | 0.5 | 0.5 | 185 | $92.50 Receive and review memo in opposition to motions for atty fees and exhibits from Mr Lynch |
| 10/24/2011 | JF | 0.4 | 0.4 | 185 | $74.00 Receive and review memo in opposition to attorneys' fees |
| 10/25/2011 | BNC | 1.3 | 1.3 | 185 | $240.50 Review, research and analyze Plaintiff's memo in opp to motion for atty fees and costs and declaration of T Cleary and work on strategy for response and send corres to Ms Sawin discussing same and requesting info for counter affidavit |
| 10/25/2011 | BNC | 0.2 | 0.2 | 185 | $37.00 Telephone conference with Lisa Sawin discussing Ross' opp to motion for atty fees and costs and our strategy for counteraffidavit and response |
| 10/25/2011 | BNC | 0.3 | 0.3 | 185 | $55.50 Receive and review tax returns from Ms Moberg and corres in prep for rebuttal to plaintiff's memo in opp to motion for fees and costs |
| 10/31/2011 | BNC | 0.6 | 0.6 | 185 | $111.00 Receive and review rebuttal breifs of codefendants in support of motions for atty fees |
| 10/31/2011 | BNC | 0.1 | 0.1 | 185 | $18.50 Receive and review notice of appeal |
| 10/31/2011 | BNC | 0.9 | 0.9 | 185 | $166.50 draft affidavit for Ms Moberg for exhibit to rebuttal to plaintiff's memo in opposition to motion for fees and costs |
| 10/31/2011 | BNC | 0.3 | 0.3 | 185 | $55.50 Correspondence from and to Ms Sawin discussing affidavit |

| Date | | Amount | Exp Code | Narrative | | | |
|---|---|---|---|---|---|---|---|
| 10/31/2011 | BNC | | | | 4.3 | 4.3 | $795.50 draft rebuttal to plaintiff's memo in opp to motion for fees and costs |
| 10/31/2011 | JF | | | | 0.4 | 0.4 | $74.00 Preparation of response of Boathouse on 505 motion |
| 11/1/2011 | BNC | | | | 0.4 | 0.4 | $74.00 Prepare and file request for hearing on motion for fees and costs |
| 11/1/2011 | BNC | | | | 0.1 | 0.1 | $18.50 correspondecne with Ms Sawin discussing appeal |
| 11/7/2011 | BNC | | | | 0.1 | 0.1 | $18.50 Receive and review docketing notice from 4th circuit |
| 11/8/2011 | BNC | | | | 0.7 | 0.7 | $129.50 Receive and review docketing notice and prepare and file appearance of counsel and financial disclosure and file same |
| 11/9/2011 | BNC | | | | 0.1 | 0.1 | $18.50 Correspondence from clerk regarding setting hearing on motion for fees and costs |
| 11/16/2011 | BNC | | | | 1.5 | 1.5 | 185 $277.50 Prepare motion for leave to file supplement to motion for fees and costs and brief in support and affidavit and file same |
| 11/17/2011 | BNC | | | | 1.5 | 1.5 | 185 $277.50 Prepare for hearing on motion for fees and costs |
| 11/17/2011 | BNC | | | | 2.2 | 2.2 | 185 $407.00 Appear for hearing |
| 11/17/2011 | JF | | | | 1 | 1 | 185 $185.00 Prepare for hearing on attorney's fees including review of briefs |
| 11/17/2011 | JF | | | | 2 | 2 | 185 $370.00 Appear for hearing in Federal Court |

**TOTAL** $41,706.00

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 9/1/2011 | $28.38 | E118 | Litigation Support Vendors JFCC Gourmet Gang deposition luncheon |
| 9/7/2011 | $0.25 | E101 | Photocopies |
| 9/7/2011 | $0.75 | E101 | Photocopies |
| 9/7/2011 | $8.50 | E101 | Photocopies |
| 9/23/2011 | $3.75 | E101 | Photocopies |
| 9/26/2011 | $0.25 | E101 | Photocopies |
| 9/26/2011 | $0.25 | E101 | Photocopies |
| 9/26/2011 | $3.57 | E101 | Photocopies |
| 11/8/2011 | $58.77 | E118 | Barry Craig mileage to/from Graydon for delivery |
| 11/8/2010 | $1.50 | E110 | Bizport; Invoice # VB8908; Oversided drawings and scanning |
| 11/17/2010 | $1.00 | E101 | Photocopies |
| 12/10/2010 | $8.25 | E101 | Out-of-Town Travel Donna Brassell mileage to/from Granby Street for delivery |
| 12/28/2010 | $45.58 | E118 | Genesys Conferencing; Invoice # I-926115; teleconference on 12/1/10 |
| 2/4/2011 | $42.00 | E101 | Photocopies |
| 2/8/2011 | $21.30 | E118 | Litigation Support Vendors Genesys Conferencing invoice # I-951695 teleconference |
| 2/22/2011 | $1.53 | E110 | Out-of-Town Travel Donna Brassell mileage to/from Granby Street for delivery |
| 2/28/2011 | $24.25 | E101 | Photocopies |
| 6/28/2011 | $6.00 | E101 | Photocopies |
| 6/28/2011 | $16.75 | E101 | Photocopies |
| 6/28/2011 | $4.00 | E101 | Photocopies |
| 6/28/2011 | $18.50 | E101 | Photocopies |
| 6/28/2011 | $5.25 | E101 | Photocopies |
| 6/28/2011 | $4.75 | E101 | Photocopies |
| 6/28/2011 | $0.25 | E101 | Photocopies |
| 6/28/2011 | $4.75 | E101 | Photocopies |
| 6/28/2011 | $3.00 | E101 | Photocopies |
| 6/28/2011 | $8.25 | E101 | Photocopies |
| 7/21/2011 | $0.50 | E101 | Photocopies |
| 7/21/2011 | $5.75 | E101 | Photocopies |
| 7/21/2011 | $1.00 | E101 | Photocopies |
| 7/21/2011 | $0.25 | E101 | Photocopies |
| 8/2/2011 | $2.50 | E101 | Photocopies |

| Date | Amount | Code | Description |
|---|---|---|---|
| 8/2/2011 | $0.50 | E101 | Photocopies |
| 10/14/2011 | $9.00 | E101 | Photocopies |
| 10/14/2011 | $3.00 | E101 | Photocopies |
| 10/14/2011 | $1.02 | E110 | Barry Craig Mileage to/from USDC for delivery |
| 10/26/2011 | $2.00 | E101 | Photocopies |
| 11/1/2011 | $2.50 | E101 | Photocopies |
| 11/1/2011 | $1.02 | E110 | Barry Craig mileage to/from USDC for delivery |
| **Total Expenses:** | **$351.95** | | |